**Opinion issued January 27, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00285-CV

————————————

**GLORIA VAZQUEZ, Appellant**

**V.**

**JONATAN GARCIA, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1248189**

---

## MEMORANDUM OPINION

Appellant Gloria Vazquez, proceeding pro se, failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On August 28, 2025, the Clerk of this Court notified appellant that her appellate brief was past due, and her appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed appellant to

file her brief and a motion requesting an extension to file the brief within 10 days of our notice.  Appellant did not respond.  *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.